No. 98–8491.  GENIUS *v.* HALL, SUPERINTENDENT, MASSACHU-
SETTS CORRECTIONAL INSTITUTION AT LANCASTER.  C. A. 1st
Cir.  Certiorari denied.

No. 98–8495.  FRIEDLAND *v.* NEW JERSEY DEPARTMENT OF
CORRECTIONS.  Sup. Ct. N. J.  Certiorari denied.

No. 98–8496.  HOWLAND *v.* MEDART ET AL.  C. A. 5th Cir.
Certiorari denied.

No. 98–8498.  EUSTACE *v.* JOHNSON, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir.  Certiorari denied.

No. 98–8499.  EUSTACE *v.* JOHNSON, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir.  Certiorari denied.

No. 98–8501.  DECKER *v.* TEXAS.  Ct. Crim. App. Tex.  Cer-
tiorari denied.

No. 98–8502.  GOINES *v.* HUTCHISON, SHERIFF, KNOX COUNTY,
TENNESSEE, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 98–8506.  FREEMAN *v.* SHAYNE ET AL.  C. A. 9th Cir.
Certiorari denied.

No. 98–8512.  SULESKI *v.* KENTUCKY; and
No. 98–8632.  SULESKI *v.* KENTUCKY.  Sup. Ct. Ky.  Certio-
rari denied.

No. 98–8517.  WATKINS *v.* UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS.  C. A. 5th Cir.  Certio-
rari denied.

No. 98–8519.  WHITE *v.* GIBSON, WARDEN, ET AL.  Sup. Ct.
Okla.  Certiorari denied.

No. 98–8523.  TYLER *v.* HOPKINS, WARDEN, ET AL.  C. A. 8th
Cir.  Certiorari denied.

No. 98–8524.  NORTHARD *v.* ALABAMA.  Ct. Crim. App. Ala.
Certiorari denied.